**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2018

**BY ECF**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael White, et al.*, S2 17 Cr. 611 (RWS)

Dear Judge Sweet:

    The Government writes this letter, with the consent of defense counsel for Michael White ("White"), to request a one-week extension of the deadline for the Government's opposition to White's Motion to Dismiss Count Eleven of the Superseding Indictment (Dkt. No. 202). White filed his brief on August 2, 2018, and the Government's opposition is due today. The parties are currently engaged in discussions regarding a potential pretrial disposition of this matter. Accordingly, the Government requests a one-week extension to allow time for these discussions to continue. This is the Government's first request for an extension.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Alexandra Rothman
    Jordan Estes/Gina Castellano/
    Alexandra Rothman
    Assistant United States Attorneys
    (212) 637-2543/2224/2580

cc:    Michael Gilbert (by ECF)

So ordered
Sweet USDJ
8-7-8