USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/21/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing in this matter is set for January 9, 2020. On October 11, 2019, the Government filed a notice of appeal from the Court's order granting in part Defendant's motion for acquittal. ECF No. 602. Accordingly, it is hereby ORDERED that by **November 25, 2019**, both parties shall file letters with the Court stating their positions on whether the sentencing in this case should be adjourned pending the disposition of that appeal. If the parties have the same position, they may file a single joint letter.

SO ORDERED.

Dated: November 21, 2019
       New York, New York

ANALISA TORRES
United States District Judge