USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/26/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 21, 2019, the Court ordered the parties in this action to state their positions on whether the sentencing in this case scheduled for January 9, 2020, should be adjourned pending resolution of the Government's appeal of the Court's order granting in part Defendant's motion for acquittal. ECF No. 616. On November 25, 2019, the Government requested that the sentencing be adjourned. ECF No. 618. Defendant opposed adjournment. ECF No. 619. Having reviewed those submissions, the Court DENIES the Government's request. Sentencing will remain scheduled for **January 9, 2020**, at **1:00 p.m.**

SO ORDERED.

Dated: November 26, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge