UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been informed by the Probation Office that preparation of the presentence report in this matter will take longer than expected. In order to ensure that the parties have time to review the report and prepare their submissions prior to sentencing, the sentencing scheduled for January 9, 2020, is ADJOURNED to **February 3, 2020**, at **2:00 p.m.** By **January 21, 2020**, Defendant shall file his sentencing submission. By **January 27, 2020**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: December 19, 2019
New York, New York

ANALISA TORRES
United States District Judge