USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for February 3, 2020, is ADJOURNED to **February 13, 2020**, at **2:00 p.m.**

    SO ORDERED.

Dated: January 22, 2020
       New York, New York

ANALISA TORRES
United States District Judge