USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE,

                 Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 14, 2020, defense counsel submitted to the Court a letter requesting "clarification of whether, in connection with the sentence the Court announced . . . Mr. White should receive credit for" two prior sentences—one of which had been raised by Defendant in his sentencing submission as a basis for reducing his sentence (an argument rejected by the Court), and one which had not been called to the Court's attention prior to sentencing. ECF No. 643.

    The letter also includes 13 exhibits, consisting of "additional letters that Mr. White requested us to submit to the Court in connection with his sentencing but which were inadvertently omitted from [the defense's] supplemental submission on February 12, 2020." *Id.* Among them are a handwritten letter from Mr. White to the Court, ECF No. 643-1, and letters of support from Mr. White's employer, ECF No. 643-2; his friends, coworkers, and acquaintances, ECF Nos. 643-3, 643-4, 643-9, 643-10, 643-11, 643-12, 643-13; and staff at a community group that provided him support after his previous return from incarceration, ECF Nos. 643-5, 643-6, 643-7, 643-8. Though some of these letters had been submitted to the Court in 2017 in connection with a bail application, others, including Mr. White's letter and his employer's letter, had not—this despite the fact that at least some of the letters are dated well before the date of sentencing, *see* ECF Nos. 643-2, 643-4.

    It is ORDERED that by **February 21, 2020**, the Government shall submit a letter to the Court stating the Government's position as to the contents of defense counsel's submission and any further proceedings that may be occasioned by it.

    SO ORDERED.

Dated: February 18, 2020
       New York, New York

ANALISA TORRES
United States District Judge