UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/4/2021

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Pursuant to the remand from the Court of Appeals for the Second Circuit, ECF No. 736, the Court sets this matter for resentencing on **October 26, 2021**, at **11:00 a.m.**  By **October 12, 2021**, Defendant shall file his sentencing submission.  By **October 19, 2021**, the Government shall file its sentencing submission.  The Court will direct the United States Probation Office to prepare a new presentence report reflecting the additional conviction described in the Second Circuit's decision.

SO ORDERED.

Dated: August 4, 2021
      New York, New York

ANALISA TORRES
United States District Judge