USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2021_

# MICHAEL H. SPORN
### ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

October 11, 2021

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Michael White
Ind. No. 17 Cr 611 (AT)

Dear Judge Torres:

I was appointed to represent Mr. White concerning his resentencing. I had hoped to file something by tomorrow, but I am constrained to ask for additional time. An updated probation report was just filed on October 8. It is quite lengthy at 60 pages. I will need to review it with my client. He is in a BOP facility in Florida. Some of the issues raised in the report (and in the remand from the Circuit) are not uncomplicated. I respectfully ask until early December so that I can review the report and communicate with my client. The government consents. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn

Michael H. Sporn:

MHS/ss

Cc: Jordan Estes, Esq.

GRANTED. The resentencing scheduled for October 26, 2021 is ADJOURNED to **December 20, 2021**, **at 2:00 p.m.** Defendant shall submit his resentencing submission by **December 6, 2021**. The Government shall submit its resentencing submission by **December 13, 2021**.

SO ORDERED.

Date: October 13, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge