UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

17 Cr. 611-1 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2021_

ANALISA TORRES, District Judge:

The resentencing scheduled for December 20, 2021, is ADJOURNED to **January 25, 2022**, at **2:00 p.m.** By **January 11, 2022**, Defendant shall submit his resentencing submission. By **January 18, 2022**, the Government shall submit its resentencing submission.

SO ORDERED.

Dated: December 6, 2021
New York, New York

ANALISA TORRES
United States District Judge