UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/2022__

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The resentencing scheduled for **January 25, 2022**, is ADJOURNED *sine die*. The Court shall set a new date for the resentencing after resolving issues related to the Defendant's appearance.

SO ORDERED.

Dated: January 21, 2022
     New York, New York

ANALISA TORRES
United States District Judge