```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE, a/k/a "Mike"

                              Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed Defendant's letter dated February 28, 2022. ECF No. 799. In this letter, Defendant "asks for relief from the conviction on Count 11" and asks to "join in the arguments and reasoning" of his co-defendant, Christopher Howard, who filed a motion for a new trial under Federal Rule of Criminal Procedure 33. *See id*. at 1–2. It is not clear to the Court what relief Defendant is requesting.

       Accordingly, if Defendant wishes to file a motion, he may do so by **March 11, 2022**. Any response to such motion shall be filed by **March 25, 2022**, and any reply by **April 1, 2022**. If Defendant does not wish to file a motion, he shall file a letter explaining what presentence relief he seeks by **March 11, 2022**.

       SO ORDERED.

Dated: March 3, 2022
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge