UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

MICHAEL WHITE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022
```

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion. ECF No. 802. Accordingly,

1. By **March 31, 2022**, the Government shall file its opposition and,
2. By **April 14, 2022**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: March 14, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge