UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE and CHRISTOPHER HOWARD,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2023
```

17 Cr. 611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 16, 2022, the Court ordered Defendant, Michael White, to file his resentencing submission by January 4, 2023. ECF No. 833 at 5. That submission is now overdue.

The resentencings for Defendants Michael White and Christopher Howard scheduled for January 18, 2023, are ADJOURNED to **January 24, 2023**, at **1:00 p.m.** By **January 10, 2023**, Defendant, Michael White, shall submit his resentencing submission. By **January 17, 2023**, the Government shall submit its resentencing submissions.

SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge