UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WHITE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/2023_

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The resentencing scheduled for April 11, 2023, is RESCHEDULED to **April 11, 2023, at 3:30 p.m.**

    SO ORDERED.

Dated: February 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge