```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL WHITE,

                                  Defendant.

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Defendant's motion at ECF No. 941.  Accordingly:

1. By **March 31, 2025**, the Government shall file its response, and
2. By **April 14, 2025**, Defendant shall file his reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: March 12, 2025
            New York, New York

                                                              ANALISA TORRES
                                             United States District Judge