UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

MICHAEL WHITE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/21/2025__

17 Cr. 611-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Carrie Cohen, the CJA attorney assigned to receive cases on this day, May 21, 2025, is ordered to assume representation of Defendant in the above-captioned matter, *nunc pro tunc* February 18, 2025.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge