**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2025__

June 20, 2025

Writer's Direct Contact
+1 (212) 336-4045
HHan@mofo.com

**Via ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:    United States v. Michael White: 1:17-cr-00611-AT-1

Dear Judge Torres:

I am one of the attorneys for Michael White in the above referenced case associated with the firm of Morrison & Foerster LLP. I write to respectfully request the court endorse its permission for me to withdraw as counsel.

Michael White will continue to be represented by other attorneys who have previously appeared in this action. Mr. White has a pending Motion [ECF 941] to Vacate under 28 U.S.C. 2255. The withdrawal will not cause or result in any delay or prejudice, and I am not asserting a retaining or charging lien.

Wherefore, I respectfully request that my withdrawal as counsel for Michael White be granted and the clerk be directed to remove me from the CMECF service list.

Sincerely,

*/s/ Heather Han/*

Heather Han

GRANTED. The Clerk of Court is respectfully directed to terminate Heather Han from the docket.

SO ORDERED.

Dated: June 23, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge